[No. 39142-2-II.  Division Two.  August 31, 2010.]

LAWRENCE TONN ET AL., *Appellants*, v. BRENT EGGLESTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-2-01371-9, Diane M. Woolard, J., entered March 6, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[Nos. 39200-3-II; 39204-6-II.  Division Two.  August 31, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN LEE KEYS, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 08-1-04127-3, Susan Serko, J., entered April 21, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 39277-1-II.  Division Two.  August 31, 2010.]

SHINSTINE/ASSOC. LLC, *Respondent*, v. SOUTH-N-ERECTORS, LLC, ET AL., *Defendants*, ROGER HICKS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-07400-4, Stephanie A. Arend, J., entered April 23, 2009. *Remanded with instructions* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Van Deren, JJ.

[No. 39497-9-II.  Division Two.  August 31, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY CHARLES HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03638-5, Kitty-Ann van Doorninck, J., entered June 17, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Van Deren, J.